UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.,

    Plaintiff,

                                                          Case No. 22-cv-13065
v.                                                 Hon. Matthew F. Leitman

METAL-MATIC, LLC, *et al.*,

    Defendants.
_____/

## ORDER ON STATUS CONFERENCE

On December 21, 2023, the Court held an on-the-record status conference with counsel for the parties in this action. For the reasons stated on the record during the conference, **IT IS HEREBY ORDERED** as follows:

1. All pending motions in this action (ECF Nos. 32, 33, 34, and 37) are **TERMINATED WITHOUT PREJUDICE AS MOOT**.

2. At 10:00 a.m. on January 26, 2024, Defendants shall make a corporate representative available for a deposition under Federal Rule of Civil Procedure 30(b)(6). The deposition shall be conducted in person at the Detroit offices of Defendants' counsel. The representative designated by Defendants shall testify as to "Topics 1 and 8" as identified by Magistrate Judge Patti on page 8 of his December 20, 2023 order. (*See* ECF No. 36, PageID.1770.) Defendants shall have the representative prepared to offer

all testimony necessary to fully and appropriately address each of the Topics. If the representative is not adequately prepared, the Court will consider imposing sanctions upon Defendants, up to and including entry of a default judgment.

3. The deadline for the filing of dispositive motions and motions challenging the admission of expert testimony is extended until February 5, 2024.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: December 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2023, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126