UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.,

    Plaintiff,

v.

Case No. 22-cv-13065
Hon. Matthew F. Leitman

METAL MATIC, LLC, *et al.*,

    Defendants.

_____/

## ORDER STAYING ALL FILINGS UNTIL FURTHER ORDER OF THE COURT

Now before the Court are several motions filed by the parties in this case. (*See* R.V.M. Associates, Inc.'s Mot. for Summary Judgment, ECF No. 46; Metal-Matic, Inc.'s and Metal-Matic, LLC's Mot. for Summary Judgment, ECF No. 47; Metal-Matic, Inc.'s and Metal-Matic, LLC's Mot. to Exclude Testimony, ECF No. 48; R.V.M.'s Mot. to Strike, ECF No. 52; and R.V.M.'s Emergency Mot. to Enlarge Deadlines, ECF No. 53.) The Court intends to convene an on-the-record status conference with counsel to discuss these pending motions.

Until further order of the Court following that conference, all briefing on all pending motions is **STAYED**. There shall be **no** additional filings in this case until further of the Court. **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 14, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
