UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.

    Plaintiff,

v.

Case No. 22-cv-13065
Hon. Matthew F. Leitman

METAL-MATIC, LLC, *et al.*,

    Defendants.
_____/

## ORDER TERMINATING DEFENDANTS' MOTION TO EXTEND RESPONSE DEADLINE (ECF No. 53) AS MOOT

On March 12, 2024, Plaintiff R.V.M. Associates, Inc. filed a motion to extend the deadline for it to respond to Defendants' motion for summary judgment. (*See* Mot., ECF No. 53.) RVM thereafter filed a timely response to the motion (*see* Resp., ECF No. 67), and, on September 3, 2024, the Court granted the motion in part and denied the motion in part. (*See* Order, ECF No. 74.) Thus, because the Court has now resolved Defendants' underlying motion for summary judgment, the Court **TERMINATES** RVM's motion for an extension of time (ECF No. 53) as **MOOT**.

    IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2024

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
