UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.

    Plaintiff,

v.

                                  Case No. 22-cv-13065
                                  Hon. Matthew F. Leitman

METAL-MATIC, LLC, *et al.*,

    Defendants.
_____/

# ORDER RESOLVING DEFENDANTS' MOTION IN LIMINE (ECF No. 88) AND DEFENDANTS' OBJECTIONS

On January 15, 2025, the Court held the Final Pre-Trial Conference in this action. During that conference, the Court heard argument from the parties on Defendants' "Motion *in limine* to Exclude Evidence Related to Subjects on Which Plaintiff Admits It Has No Personal Knowledge" (Mot., ECF No. 88), Defendants' objections to Plaintiff's Amended Pre-Trial Disclosures (Obj., ECF No. 106), and Defendants' objections to exhibits that were included in the parties' Final Pre-Trial Order (Final Pre-Trial Order, ECF No. 108). For the reasons explained on the record, Defendants' motion and objections are resolved as follows:

- With respect to Defendants' motion *in limine* (ECF No. 88), the Court will consider objections to the proposed testimony and evidence identified in the motion on a question-by-question and exhibit-by-exhibit basis at trial.

- With respect to Defendants' objections to Plaintiff's Amended Pre-Trial Disclosures (ECF No. 106), the Court resolves those objections as follows. Plaintiff shall not use as an exhibit at trial any discovery request or discovery response without obtaining prior permission from the Court. In addition, Plaintiff shall share with Defendants in advance any demonstratives that it plans on using so that Defendants may raise any objections they may have to the demonstratives before they are presented to the jury.

- Finally, with respect to the objections to exhibits Defendants raised in the Final Pre-Trial Order (ECF No. 108), the objections to Plaintiff's exhibits 1, 2, 11, and 14 are **SUSTAINED**. The objection to Plaintiff's exhibit 15 is taken under advisement and will be resolved at trial.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 15, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 15, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126