UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.

    Plaintiff,

v.

Case No. 22-cv-13065
Hon. Matthew F. Leitman

METAL-MATIC, LLC, *et al.*,

    Defendants.

_____/

**ORDER ADJOURNING DEADLINES FOR**
**THE FILING OF POST-TRIAL MOTIONS**

On February 4, 2025, the jury in this case returned a verdict in favor of Plaintiff R.V.M. Associates, Inc. (*See* Verdict Form, ECF No. 123.)  That verdict begins the time for the parties to file post-trial motions under Federal Rules of Civil Procedure 50 and 59 (among other rules).  For the reasons the Court explained on the record after the jury returned its verdict, the Court **ADJOURNS** all deadlines for the filing of any motions under the Federal Rules of Civil Procedure seeking relief from the jury's verdict.  The Court will reset the deadlines for the filing of any such motions after it holds a status conference with the parties to discuss next steps in this action.

    **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated:  February 5, 2025          UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2025, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126