UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.

Plaintiff,

v.

Case No. 22-cv-13065
Hon. Matthew F. Leitman

METAL-MATIC, LLC, *et al.*,

Defendants.

______________________________________________/

**ORDER (1) TERMINATING DEFENDANTS' ORAL MOTION TO EXCLUDE TESTIMONY (ECF No. 115); (2) TERMINATING PLAINTIFF'S ORAL MOTION FOR JUDGMENT AS A MATTER OF LAW (ECF No. 116) AS MOOT, AND (3) TERMINATING DEFENDANTS' ORAL MOTION FOR JUDGMENT AS A MATTER OF LAW (ECF No. 117) AS SUPERSEDED BY DEFENDANTS' WRITTEN MOTION**

The Court held a trial in this action in January and February 2025. At trial, Defendants Metal-Matic, LLC and Metal-Matic, Inc. moved orally to exclude the testimony of witness Jeffrey Silagy. (*See* Dkt., ECF No. 115.) That motion was resolved during trial. Thus, to the extent that the motion remains pending on the Court's docket, the Court **TERMINATES** the motion.

At the close of the parties' proofs, both parties moved orally for judgment as a matter of law. (*See* Dkt., ECF Nos. 116, 117.) The jury then returned a verdict in favor of Plaintiff R.V.M. Associates, Inc. (*See* Verdict Form, ECF No. 123.) Accordingly, as RVM's counsel confirmed during a March 7, 2025, status

conference, RVM's motion for judgment as a matter of law is now moot. The Court therefore **TERMINATES** the motion.

Finally, after trial, Defendants filed a written motion for judgment as a matter of law that renewed and superseded their earlier, oral request for that relief. (*See* Mot., ECF No. 136.) The Court therefore **TERMINATES AS MOOT** Defendants' oral motion for judgment as a matter of law and will rule on Defendants' written motion.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126