UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. Associates, Inc.,

     Plaintiff,

                                      Case No. 22-cv-13065

v.                                   Hon. Matthew F. Leitman

Metal-Matic, LLC, *et al.*,

     Defendants.

_____/

## ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50 (ECF No. 136); (2) TERMINATING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY FEES (ECF No. 135) AND PLAINTIFF'S MOTION TO COMPEL (ECF No. 137); AND (3) RESOLVING STATUS OF DEFENDANTS' SUPPLEMENTAL FILING (ECF No. 153)

On February 20, 2026, the Court conducted a status conference to address three pending motions in this case: (1) Defendants' Renewed Rule 50 Motion for Judgment as a Matter of Law (ECF No. 136); (2) Plaintiff's Motion for Attorney Fees, Court Costs, Statutory Damages, and Entry of Judgment (ECF No. 135); and (3) Plaintiff's Motion to Compel Non-Party Littler Mendelson, P.C.'s Compliance with Subpoena (ECF No. 137).

For the reasons stated on the record, the Defendnats' Renewed Rule 50 Motion for Judgment as a Matter of Law (ECF No. 136) is **GRANTED IN PART** and **DENIED IN PART**.  It is **GRANTED** to the extent that it seeks a new trial

under Federal Rule of Civil Procedure Rule 59 on the basis that the jury's damages award cannot stand.  For the reasons explained on the record, the new trial must be on both liability and damages.  The motion (ECF No. 136) is **DENIED** in all other respects.

In light of the Court's ruling on that motion, Plaintiff's Motion for Attorney Fees (ECF No. 135) and Motion to Compel (ECF No. 137) are **TERMINATED AS MOOT**. In addition, Docket No. 153, which was labeled as a motion on the docket when filed by Defendants, shall be reclassified on the docket as a supplemental filing, rather than a motion, because it is not a motion.

Finally, as the Court indicated on the record, the Court will convene an in-person settlement conference with counsel and parties in the near future.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2