UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. Associates, Inc.,

     Plaintiff,

                                           Case No. 22-cv-13065
v.                                     Hon. Matthew F. Leitman

Metal-Matic, LLC, *et al.*,

     Defendants.

_____/

### ORDER AMENDING ORDER TO ATTEND SETTLEMENT CONFERENCE (ECF No. 162)

On March 10, 2026, the Court entered an order requiring the parties to attend an in-person settlement conference on June 5, 2026. (*See* Order, ECF No. 162.)  The order also required the parties to submit confidential settlement statements to the Court five business days prior to the conference. (*See id.*, PageID.6481.)  That order is hereby **AMENDED** as follows:

- Following consultation with the parties, the settlement conference shall take place at 9:30 a.m. on **June 4, 2026**, rather than June 5, 2026; and

- The parties **do not** need to submit settlement statements or any other documents to the Court prior to the settlement conference.

    **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
Dated:  March 10, 2026          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126