UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.

Plaintiff,

v.

Case No. 22-cv-13065
Hon. Matthew F. Leitman

METAL-MATIC, LLC, *et al.*,

Defendants.

______________________________________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT (ECF No. 169)**

On August 28, 2026, the Court held a virtual hearing on Plaintiff's Motion to Enforce Settlement Agreement. For the reasons stated on the record, the motion is **GRANTED**. Within seven days, all parties shall execute the version of the settlement agreement attached as Exhibit 2 to the motion (ECF No. 169-3) without the blue double-underlined text identified during the hearing as the text that shall be omitted from the execution version of the agreement. In addition, the parties shall file dismissal papers in this action pursuant to the terms of the fully-executed settlement agreement.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126