UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.V.M. ASSOCIATES, INC.

Plaintiff,

v.

Case No. 22-cv-13065
Hon. Matthew F. Leitman

METAL-MATIC, LLC, *et al.*,

Defendants.

______________________________/

**ORDER TERMINATING PLAINTIFF'S MOTION FOR SCHEDULING ORDER WITHOUT PREJUDICE AS MOOT (ECF No. 165)**

On May 29, 2026, Plaintiff R.V.M. Associates, Inc. filed a motion for scheduling order in this action. (*See* Mot., ECF No. 165.) Since the filing of that motion, the parties have settled their dispute. RVM's motion is therefore moot. Accordingly, the Court **TERMINATES** the motion **WITHOUT PREJUDICE** based on the parties' settlement.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126